Case 1:12-cv-14294-JLK Document 15 Entered on FLSD Docket 04/05/2013 Page 1 of 1

USM-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| **PLAINTIFF** Rochelle Driessen, | **COURT CASE NUMBER** 12-14294-Civ-King/McAliley |
| **DEFENDANT** Florida Department of Education Office of Student Financial Assistance State Scholarship | **TYPE OF PROCESS** Summons and Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Jeralyn Barnhart, Director, Florida Bright Futures Scholarship Program, FL Dept. of Education

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
325 West Gaines Street, Ste 1314, Tallahassee, FL 32399-0400

FILED BY ___ D.C.

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Rochelle Driessen, Pro Se
250 95th Street
Surfside, FL 33154

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

APR 0 4 2013
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

Fold                                                                                                   Fold

Signature of Attorney other Originator requesting service on behalf of: ☐ PLAINTIFF  ☐ DEFENDANT    TELEPHONE NUMBER    DATE

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 004 | District to Serve No. D17 | Signature of Authorized USMS Deputy or Clerk Paula Sherman | Date 02/04/2013

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address *(complete only different than shown above)*

Date 3-4-13    Time 12:27  ☐ am  ☒ pm

Signature of U.S. Marshal or Deputy
Kerry Phillips

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 55.00 | 1.02 | 8.00 | 64.02 / ~~56.02~~ | | $0.00 / ~~$0.00~~ ~~64.02~~ ~~56.02~~ |

**REMARKS:**
Forwarded to USMS Tallahassee for service.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

